AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:13-cr-78-TWP-DML-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| DAVID M. GASKIN | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

On June 30, 2020, Defendant David Gaskin ("Gaskin") filed a *pro se* motion that the Court construed as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Dkt. 76. The Court concluded that Defendant's motion did not show that he was entitled to compassionate release and denied the motion without prejudice on July 6, 2020. Dkt. 78. The Court also instructed Gaskin that he could renew his motion by completing and returning the Court's form compassionate release motion. *Id.* The Court mailed Gaskin a copy of the form compassionate release motion. *Id.*

On December 7, 2020, the Court received another *pro se* letter from that the Court construes as a renewed Motion for Compassionate Release under § 3582(c)(1)(A). Dkt. 80. Like Gaskin's first motion, the renewed motion does not show that he is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, his renewed motion, dkt. [80], is **denied without prejudice**. If Gaskin wishes to renew his motion, he may do so by completing and returning the

attached form motion. (Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Pro Se Prisoner)). If Gaskin renews his motion, he must explain whether his child's current caregiver is incapacitated and, if so, whether other family members are able to care for the child.

Because it appears that Gaskin may not have received the Court's July 6 Order, the **clerk is directed** to enclose a copy of dkt. 78 with his copy of this Order.

IT IS SO ORDERED.

Dated:

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

David Gaskin
Reg. No. 12753-027
FMC Lexington
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

All Electronically Registered Counsel